

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-13-00554-CV

Style:       Robert Pearson

         **v.** Roger Kroschel, III, Individually and as Representative of Rockin' R Trucking

Date motion filed[*]:  November 19, 2013

Type of motion:   Motion to extend time to file the reporter's record and evidence

Party filing motion:  Appellee

Document to be filed: Reporter's record

Is appeal accelerated?  No

If motion to extend time:

  Original due date:      October 1, 2013

  Number of previous extensions granted:   Current Due date:

  Date Requested:      February 18, 2014

Ordered that motion is:

  ☐   Granted

      If document is to be filed, document due:

  ☐   The Court will not grant additional motions to extend time absent extraordinary circumstances.

  ☐   Denied

  ☑   Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

  ☐   Other: _____

  On October 21, 2013, the Clerk of this Court notified the parties that a reporter's record had not been filed. If additional time is necessary, the Court may extend the deadline to file the reporter's record if the court reporter requests. *See* TEX. R. APP. P. 35.3.(c). The court reporter has filed a request for an extension. Accordingly, we dismiss appellee's motion.

Judge's signature: /s/ <u>Jim Sharp</u>
       ☑  Acting individually  ☐  Acting for the Court

Panel consists of   _____

Date: December 10, 2013

November 7, 2008 Revision